**ORIGINAL**

GARY R. CLOUSE (Bar No. 111055)
gclouse@icclawfirm.com
ISAACS CLOUSE CROSE & OXFORD LLP
3110 Main Street, Suite 210
Santa Monica, California 90405
Telephone: 310-458-3860

OF COUNSEL
SIMMS SHOWERS LLP
J. Stephen Simms
jssimms@simmsshowers.com
Marios J. Monopolis
mjmonopolis@simmsshowers.com
20 South Charles Street, Suite 702
Baltimore, Maryland 21201
Telephone:   410-783-5795

Attorneys for Plaintiff
CRONOS CONTAINERS LIMITED

FILED
2014 FEB -3 PM 4:28
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRONOS CONTAINERS LIMITED;

Plaintiff,

vs.

WINLAND SHIPPING CO LTD, et. al,

Defendants,

and

CARGILL, INCORPORATED, et al.,

Garnishees.

Case No.: CV14-0839 PA-FFM

IN ADMIRALTY

**PLAINTIFF'S FRCP 7.1 DISCLOSURE** and NOTICE OF INTERESTED PARTIES 7.1-1.

The undersigned, counsel of record for CRONOS CONTAINERS LIMITED ("Cronos") is not a publicly-traded entity and that no other party has a pecuniary interest in the outcome of

Notice of Interested Parties -- 1

1  this case. These representations are made to enable the Court to evaluate possible
2  disqualification or recusal.
3  Dated: January 27, 2014.

/s/ Gary R. Clouse

GARY R. CLOUSE (Bar No. 111055)
gclouse@icclawfirm.com
ISAACS CLOUSE CROSE & OXFORD LLP
3110 Main Street, Suite 210
Santa Monica, California 90405
Telephone: 310-458-3860

Cronos Counsel

OF COUNSEL

SIMMS SHOWERS LLP
J. Stephen Simms
jssimms@simmsshowers.com
Marios J. Monopolis
mjmonopolis@simmsshowers.com
20 South Charles Street, Suite 702
Baltimore, Maryland 21201
Telephone:    410-783-5795