ORIGINAL

GARY R. CLOUSE (Bar No. 111055)
gclouse@icclawfirm.com
ISAACS CLOUSE CROSE & OXFORD LLP
3110 Main Street, Suite 210
Santa Monica, California 90405
Telephone: 310-458-3860

OF COUNSEL
SIMMS SHOWERS LLP
J. Stephen Simms
jssimms@simmsshowers.com
Marios J. Monopolis
mjmonopolis@simmsshowers.com
20 South Charles Street, Suite 702
Baltimore, Maryland 21201
Telephone:   410-783-5795

Attorneys for Plaintiff
CRONOS CONTAINERS LIMITED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRONOS CONTAINERS LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>WINLAND SHIPPING CO LTD, et. al,<br><br>Defendants,<br><br>and<br><br>CARGILL, INCORPORATED, et al.,<br><br>Garnishees. | Case No. CV14-0839 PA-FFMx<br><br>IN ADMIRALTY<br><br>PLAINTIFF'S *EX PARTE* APPLICATION AND MEMORANDUM FOR AN ORDER FOR APPOINTMENT FOR SERVICE OF WRITS OF MARITIME ATTACHMENT AND GARNISHMENT, PURSUANT TO SUPPLEMENTAL MARITIME AND ADMIRALTY RULE B |

Plaintiff CRONOS CONTAINERS LIMITED ("Cronos") hereby applies pursuant to Supplemental Rule B(1)(c)(ii), for an Order appointing Gary R. Clouse or any other qualified person appointed by him, to serve process of maritime garnishment, and any supplemental process in this matter.

Ex Parte Application and Memorandum for Appointment for Service of Process of Maritime Attachment and Garnishment – 1

As grounds for this application, Cronos states that service of the maritime garnishment writs will be straightforward, on garnishees located in this District. Utilizing private process service will conserve the resources of the United States Marshal. Cronos will, upon service, promptly cause returns of service to be filed in this case.

Supplemental Rule B(1)(c)(ii) provides in pertinent part as follows:

> (ii) If the property is other tangible or intangible property, the summons, process, and any supplemental process must be delivered to a person or organization authorized to serve it, who may be (A) a marshal; (B) someone under contract with the United States; (C) **someone specially appointed by the court for that purpose**; or, (D) in an action brought by the United States, any officer or employee of the United States.

(Emphasis added).

Cronos therefore respectfully requests that this Court grant this application and herewith files a draft Order.

Dated: January 27, 2013

                                                    Respectfully Submitted,

/s/ Gary R. Clouse

GARY R. CLOUSE (Bar No. 111055)
gclouse@icclawfirm.com
ISAACS CLOUSE CROSE & OXFORD LLP
3110 Main Street, Suite 210
Santa Monica, California 90405
Telephone: 310-458-3860

OF COUNSEL

SIMMS SHOWERS LLP
J. Stephen Simms
jssimms@simmsshowers.com
W. Charles Bailey, Jr.
wcbailey@simmsshowers.com
Marios J. Monopolis
mjmonopolis@simmsshowers.com
20 South Charles Street, Suite 702
Baltimore, Maryland  21201
Telephone:    410-783-5795