ORIGINAL

1  GARY R. CLOUSE (Bar No. 111055)
   gclouse@icclawfirm.com
2  ISAACS CLOUSE CROSE & OXFORD LLP
   3110 Main Street, Suite 210
3  Santa Monica, California 90405
   Telephone: 310-458-3860
4
   OF COUNSEL
5  SIMMS SHOWERS LLP
   J. Stephen Simms
6  jssimms@simmsshowers.com
   Marios J. Monopolis
7  mjmonopolis@simmsshowers.com
   20 South Charles Street, Suite 702
8  Baltimore, Maryland 21201
   Telephone:   410-783-5795
9
   Attorneys for Plaintiff
10 CRONOS CONTAINERS LIMITED

*lodged prop cost*

FILED 2014 FEB -3 PM 4:25 CLERK US DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY:___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRONOS CONTAINERS LIMITED,

Plaintiff,

vs.

WINLAND SHIPPING CO LTD, *et. al*,

Defendants,

and

CARGILL, INCORPORATED, *et al.*,

Garnishees.

Case No. CV14-0839 PA-FFMx

IN ADMIRALTY

PLAINTIFF'S *EX PARTE* APPLICATION AND MEMORANDUM FOR AN ORDER AUTHORIZING ISSUE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, PURSUANT TO SUPPLEMENTAL MARITIME AND ADMIRALTY RULE B

Plaintiff CRONOS CONTAINERS LIMITED ("Cronos") hereby applies pursuant to Supplemental Admiralty and Maritime Rule B for an order directing the Clerk to issue process of maritime attachment of garnishment on the filing of plaintiff's Verified Complaint, for

Ex Parte Application and Memorandum for Issue of Process of Maritime Attachment and Garnishment – 1

attachment, and seizure of property of Defendants, including, accounts owing to Defendants by the Garnishees (herein collectively, the "Property").

As detailed in the Verified Complaint, Cronos is owed amounts arising out of the lease of ocean marine cargo containers for use on and in to the operation of Defendants' owned and chartered ocean vessels. Cronos reasonably believes after research that the Garnishees are regular customers of Defendants and therefore owe accounts to Defendants, all of whom are subject to service directly or through agents in this District.

Rule B of Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, provides in pertinent part as follows:

> (b) The plaintiff or the plaintiff's attorney must sign and file with the complaint an affidavit stating that, to the affiant's knowledge, or on information and belief, the defendant cannot be found within the district. The court must review the complaint and affidavit and, if the conditions of this Rule B appear to exist, enter an order so stating and authorizing process of attachment and garnishment. The clerk may issue supplemental process enforcing the court's order upon application without further court order.
>
> (c) If the plaintiff or the plaintiff's attorney certifies that exigent circumstances make court review impracticable, the clerk must issue the summons and process of attachment and garnishment. The plaintiff has the burden in any post-attachment hearing under Rule E(4)(f) to show that exigent circumstances existed.
>
> (d)(i) If the property is a vessel or tangible property on board a vessel, the summons, process, and any supplemental process must be delivered to the marshal for service.

The Verified Complaint filed concurrently herewith satisfies the requirements of Rule B. Defendant is not "present" in this District for the purposes of Rule B.

Cronos therefore respectfully requests that this Court now issue the Supplemental Rule B writs as requested, and herewith files a draft Order for issue of the Supplemental Rule B writs.

Dated: January 27, 2014

Respectfully Submitted,

/s/ Gary R. Clouse

GARY R. CLOUSE (Bar No. 111055)
gclouse@icclawfirm.com
ISAACS CLOUSE CROSE & OXFORD LLP
3110 Main Street, Suite 210
Santa Monica, California 90405
Telephone: 310-458-3860

Cronos Counsel

OF COUNSEL

SIMMS SHOWERS LLP
J. Stephen Simms
jssimms@simmsshowers.com
Marios J. Monopolis
mjmonopolis@simmsshowers.com
20 South Charles Street, Suite 702
Baltimore, Maryland  21201
Telephone:    410-783-5795

Ex Parte Application and Memorandum for Issue of Process of Maritime Attachment and Garnishment – 3