ORIGINAL

LODGED
2014 FEB -3 PM 4:23
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

FILED
CLERK, U.S. DISTRICT COURT
FEB -5 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRONOS CONTAINERS LIMITED,

    Plaintiff,

vs.

WINLAND SHIPPING CO LTD, *et. al*,

    Defendants,

and

CARGILL, INCORPORATED, *et al.*,

    Garnishees.

Case No.: CV14-0839 PA -FFMx

IN ADMIRALTY

ORDER FOR ISSUE OF WRITS OF MARITIME ATTACHMENT AND GARNISHMENT PURSUANT TO FEDERAL SUPPLEMENTAL ADMIRALTY RULE B

Upon reading of Plaintiff's verified complaint for issue of writs of maritime attachment, and supporting papers, the Court finds that the conditions for an action under Supplemental Admiralty Rule B appear to exist;

**IT IS ORDERED** that the Clerk issue writs of maritime attachment, as prayed for in the verified complaint; and it is further

**ORDERED** that the Clerk shall issue further, supplementary writs of maritime attachment and garnishment, on request of Plaintiff; and it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to order upon application of the Court, be entitled to a prompt hearing in which the plaintiff shall be required to show why the attachment or garnishment should not be vacated or other relief granted; and further

**ORDER FOR ISSUE OF WRITS OF MARITIME ATTACHMENT
AND GARNISHMENT**

**ORDERED** that a copy of this order be attached to and served with the said process of maritime attachment and garnishment.

**SO ORDERED** ~~January    , 2014~~.
2/5/14

_____
~~United States District Judge~~
U.S. MAGISTRATE JUDGE

**ORDER FOR ISSUE OF WRITS OF MARITIME ATTACHMENT AND GARNISHMENT**