GARY R. CLOUSE (Bar No. 111055)
gclouse@icclawfirm.com
ISAACS & CLOUSE, LLP
3110 Main Street, Suite 210
Santa Monica, California 90405
Telephone: 310-458-3860
Fax: 310-395-9880

SIMMS SHOWERS LLP
J. Stephen Simms
jssimms@simmsshowers.com
Marios J. Monopolis
mjmonopolis@simmsshowers.com
201 International Circle
Baltimore, Maryland  21030
Telephone:     410-783-5795
Facsimile:      410-510-1789

Attorneys for Plaintiff
CRONOS CONTAINERS LIMITED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRONOS CONTAINERS LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>WINLAND SHIPPING CO LTD, et. al,<br><br>Defendants,<br><br>and<br><br>CARGILL, INCORPORATED, et al.,<br><br>Garnishees. | Case No.: 2:14-cv-00839-PA-FFMX<br><br>**IN ADMIRALTY**<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE –**<br><br>**FED. R. CIV. P. 41** |

To the Clerk:

Notice of Dismissal – Without Prejudice – 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Please take notice that pursuant to Fed. R. Civ. P. 41, plaintiff CRONOS CONTAINERS LIMITED ("Cronos") hereby dismisses this action without prejudice, each party to bear its own respective costs and attorneys fees.

Dated: February 9, 2015.

/s/ J. Stephen Simms
_____
SIMMS SHOWERS LLP
J. Stephen Simms
jssimms@simmsshowers.com
Marios J. Monopolis
mjmonopolis@simmsshowers.com
201 International Circle
Baltimore, Maryland  21030
Telephone:	410-783-5795
Fax:		410-510-1789

GARY R. CLOUSE (Bar No. 111055)
gclouse@icclawfirm.com
ISAACS & CLOUSE LLP
3110 Main Street, Suite 210
Santa Monica, California 90405
Telephone: 310-458-3860
Fax: 310-395-9880

Cronos Counsel

Notice of Dismissal – Without Prejudice – 2